UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,

                        Plaintiff,

         -against-

PHILLIP WHITTINGHAM,

                       Defendant.

22-CV-4248 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the August 7, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 7, 2023
          New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge